**William PIERCE, Petitioner**

v.

**PENNSYLVANIA SUPERIOR COURT, Respondent.**

Supreme Court of Pennsylvania.

July 25, 2008.

### ORDER

PER CURIAM.

**AND NOW,** this 25th day of July, 2008, the Application for Leave to File Original Process is **GRANTED,** and the Petition

for Writ of Prohibition and the Application for Stay are **DENIED.**